IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GEORGIA ADVOCACY OFFICE, M.J., K.H., on behalf of themselves and others similarly situated, Plaintiffs, v. THEODORE JACKSON, in his official capacity as Sheriff of Fulton County, et al., Defendants. | CIVIL ACTION FILE NO: 1:19-cv-01634-WMR-JFK |

## ORDER

This matter is before the Court on the Magistrate's Non-Final Report and Recommendation ("R&R") [Doc. 53], which recommends that Defendants' MOTION TO DISMISS [Doc. 23] be DENIED. No objection to the R&R has been filed.

I.   **LEGAL STANDARD**

Under 28 U.S.C. § 636(b)(1), the Court reviews the R&R for clear error if no objections are filed by a party within 14 days after being served with a copy. If a party files objections, however, the Court must determine *de novo* any part of the

R&R that is the subject of a proper objection. Id.  As no objection to the R&R has been filed in this case, the clear error standard applies.

## II. CONCLUSION

After considering the Non-Final Report and Recommendation [Doc. 53], the Court receives the R&R with approval and adopts its findings and legal conclusions as the Opinion of this Court.  Accordingly, Defendants' MOTION TO DISMISS [Doc. 23] is **DENIED**.

**IT IS SO ORDERED**, this 30th day of July, 2019.

_____
WILLIAM M. RAY, II
United States District Judge
Northern District of Georgia