IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| GEORGIA ADVOCACY OFFICE, J.N., | : : : | PRISONER CIVIL RIGHTS 42 U.S.C. § 1983 |
| Plaintiffs, | : : | |
| v. | : : | |
| PATRICK LABAT, in his official capacity as Sheriff of Fulton County, et al., | : : : : | CIVIL ACTION NO. 1:19-CV-1634-WMR-RDC |
| Defendants. | : | |

# **ORDER**

The matter is before the Court on Plaintiffs' motion for contempt for Defendants' failure to comply with the Court's preliminary injunction [Doc. 280], Defendants' response in opposition [Doc. 287], Plaintiffs' reply [Doc. 294], and Defendants' surreply [Doc. 311].

On July 23, 2019, the Court granted a preliminary injunction [Doc. 65], as amended in the September 2019 Addendum Order, which provided greater detail [Doc. 94 (Addendum Order)].[1]  On October 18, 2019, Defendants appealed the

---

[1] The Court later granted two motions to clarify the July 23, 2019 preliminary

preliminary injunction, as amended in the addendum. [Doc. 105]. In their current motion for contempt, Plaintiffs seek a show cause hearing, and, ultimately, more detailed compliance with the preliminary injunction. [Doc. 280 at 25-26].

On July 14, 2021, the Eleventh Circuit Court of Appeals found that the July 23, 2019 preliminary injunction had, within ninety days, expired by operation of law. [Doc. 313 at 6]. The panel vacated the preliminary injunction and addendum, found that the appeal was moot and declined "to go further and review [the injunction's] conformance with the PLRA because we do not believe this dispute is one that will evade review." [*Id.* at 10]. Thus, the appeal was dismissed as moot. [*Id.* at 29-31]. Based on the Eleventh Circuit Court of Appeals' decision, it is apparent that the motion to compel is now moot.

Accordingly,

---

injunction and Addendum Order. [See Doc. 143 (clarifying that the preliminary injunction and Addendum Order applied to all women with psychiatric disabilities held in the South Fulton Jail)]; Doc. 163 (clarifying that the preliminary injunction and Addendum Order applied to all women with psychiatric disabilities – with a serious mental illness – held in the South Fulton Jail, without regard to housing assignment)].

**IT IS ORDERED** that Plaintiffs' motion for contempt for Defendants' failure to comply with the Court's preliminary injunction [Doc. 280] is **DENIED** as moot.

All pretrial matters have been concluded based on this Order and the earlier June 11, 2021 Report and Recommendation [Doc. 306], in accordance with 28 U.S.C. § 636(b)(1), this Court's Local Rule 72.1, and Standing Order No. 18-01 (N.D. Ga. Feb. 12, 2018).  The Clerk, therefore, is **DIRECTED** to terminate the reference to the Magistrate Judge.

**IT IS SO ORDERED and DIRECTED**, this 15th day of July, 2021.

_R. Cannon_____
REGINA D. CANNON
UNITED STATES MAGISTRATE JUDGE