# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| GEORGIA ADVOCACY OFFICE;<br>J.N., on behalf of herself and<br>others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>PATRICK LABAT, in his official<br>capacity as Sheriff of Fulton County;<br>MARK ADGER, in his official capacity<br>as Chief Jailer;<br>MEREDIETH LIGHTBOURNE, in her<br>official capacity as Medical Director;<br>TYNA TAYLOR, in her official<br>Capacity as Detention Captain;<br>PEARLIE YOUNG, in her official<br>Capacity as Detention Lieutenant,<br><br>    Defendants. | CIVIL ACTION FILE NO.<br>1:19-cv-01634-WMR-RDC |

## DECLARATION OF SHERIFF PATRICK "PAT" LABAT IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR ISSUANCE OF A SECOND PRELIMINARY INJUNCTION

I, SHERIFF PATRICK "PAT" LABAT, declare:

1.

I am Patrick "Pat" Labat. I am more than 21 years old and am under no legal disability which would prevent me from giving this declaration. I am giving this

1

declaration based on my own personal knowledge of events and my personal knowledge of the operations of the Fulton County Sheriff's Office.

2.

I am the duly elected Sheriff of Fulton County, Georgia. I assumed my role as Sheriff on January 1, 2021, in the midst of the COVID-19 pandemic.

3.

As Sheriff, one of my statutory duties and responsibilities is to maintain custody of the Fulton County Jail and the bodies of such persons confined within said jail. Pursuant to statute, I am also authorized to appoint deputy sheriffs, to include a Chief Jailer, to assist me in upholding my duties and responsibilities as the keeper of the jail.

4.

I began my thirty year law enforcement career in 1988 as a detention officer, and after working my way through the ranks, I became Chief of the City of Atlanta Department of Corrections, a position that I held for a decade, before retiring from the City of Atlanta. As Chief of the City of Atlanta Department of Corrections, I served on the Mayor's executive team as well as other executive policy-making bodies. I am a Past President of the Georgia Chapter of the National Organization of Black Law Enforcement Executives and the Georgia Jail Association, and just

last year, I was invited to serve as a witness at the Social Problems Hearing for the President's 2020 Commission for Law Enforcement and Justice.  I am a graduate of Clark Atlanta University and hold a Master's Degree in Public Administration from Columbus State University.

5.

Within the Fulton County Sheriff's Office, a directive from a superior officer has the same effect as a policy. Failure to comply with any directive from a superior officer exposes personnel to discipline for insubordination, among other things. On July 23, 2019, Col. Mark Adger executed a Directive relating to SMI inmates at the South Annex. In his Directive, jail personnel was advised that they are required to provide at least four hours out of cell time, at least five (5) days per week for all SMI inmates. Additionally, by way of a November 13, 2019 Directive, Col. Adger notified all jail staff that out of cell time and any related denials thereof must be documented. Failure to do so exposes jail personnel to progressive disciplinary action. I have ordered disciplinary action for employees who have failed to comply with the aforementioned Directives.

6.

My predecessor entered into a contract with NaphCare, Inc. to provide medical and mental health services at the jail facilities that I now oversee and

manage. I have inherited that contract, which provides for, among other things, services for seriously mentally ill inmates.

7.

Despite the plethora of services offered by NaphCare, I have endeavored to provide additional services and programming for the SMI inmates. For example, I have approved a full-time chaplain, who is assigned to the South Annex. The Chaplain is responsible for providing the SMI inmates with faith-based services. I have also approved and begun implementation of a garden to be planted and nurtured by the SMI inmates at their election. I have approved music and art therapy sessions for the SMI inmates. I have approved the construction of two (2) cool down rooms to be used by SMI inmates, whose escalating behavior would otherwise necessitate disciplinary review. This is done to allow the inmate to calm, on their own, in an inviting environment. I have also approved the purchase and utilization of a therapy dog, who will be assigned to the South Annex and will further support SMI inmates.

8.

In addition to the changes in programming, I am in the process of vetting community mental health providers to supplement the mental health services currently offered by NaphCare. NaphCare has committed to work collaboratively

with the community mental health providers such that there will be continuity of care for the SMI inmates.

9.

Upon taking office in January 2021, I hired Dr. Tracey Elam as Health Program Manager. Among other things, Dr. Elam is responsible for providing oversight of the performance of NaphCare's contract. In her role, Dr. Elam conducts patient chart reviews for the inmates within my custody and care. Dr. Elam is charged with coordinating patient care with members of NaphCare staff. Also, Dr. Elam manages efforts to obtain additional services – medical, mental health, programming and otherwise – for inmates within my care.

10.

On June 21, 2021, I executed a contract to fully implement the NoteActive platform for use by the entire Fulton County jail system. The contract amount for the purchase of the NoteActive platform is $540,000. The NoteActive platform has been fully implemented at the South Annex. The platform allows for real time tracking of out-of-cell time, as well as all other inmate movement. The platform further allows for jail supervisors to monitor the jail officers' activities even when the supervisors may not be physically present at the South Annex. The platform also

allows for auditing such that jail supervisors can ensure that SMI inmates receive appropriate out-of-cell time and other activities.

11.

In addition to the NoteActive contract, I am negotiating, and intend to execute, a contract to incorporate innovative wristband technology with an artificial intelligence ("AI") software platform. The AI platform will be fully integrated with the NoteActive platform and provide real-time autonomous GPS position tracking, biometric sensor monitoring with cloud-based data collection, and AI-driven real-time management and notice software. This system will provide 24/7 data tracking and collection without human oversight. This product will be implemented at the South Annex and then implemented throughout the Fulton County Sheriff's facilities.

12.

In addition to the current specially trained mental health officers, I have approved the hiring of additional specially trained mental health officers to assist with the custody and care of SMI inmates.

13.

I declare under penalty of perjury that the facts contained in this declaration are true and correct.

Executed in Fulton County, Georgia this _____ day of August, 2021.

_____
Patrick "Pat" Labat
Fulton County Sheriff